JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRIAL DISTRICT OF CALIFORNIA

| DANIEL FERRARINI, | ) Case No.: CV 14-07966-MMM(PJW) |
|---|---|
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| LOS ANGELES COUNTY JAIL, | ) |
| Respondent. | ) |

Pursuant to the Order filed herein today, it is hereby adjudged that the Petition is dismissed.

DATED: November 21, 2014

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT COURT

JUDGMENT - 1